**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Manuel Eliseo MARTINEZ–
ESCOBEDO, Defendant—
Appellant.**

**No. 11–50149.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 27, 2012.

Helen H. Hong, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, Sara J. O'Connell, Assistant U.S., U.S. Department of Justice, San Diego, CA, for Plaintiff–Appellee.

Kristi A. Hughes, Amy Kapoor, Federal Public Defender, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Manuel Eliseo Martinez–Escobedo appeals from the 75–month sentence imposed following his conviction for being a deported alien found in the United States, in

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez–Escobedo contends that the below-Guidelines sentence was substantively unreasonable. The record reflects that the sentence is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

Martinez–Escobedo's contention that *Nijhawan v. Holder,* 557 U.S. 29, 129 S.Ct. 2294, 174 L.Ed.2d 22 (2009), overruled *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is foreclosed by *United States v. Valdovinos–Mendez,* 641 F.3d 1031, 1035–36 (9th Cir.2011).

**AFFIRMED.**